IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**MICHAEL WOOD,** *et al,*

    Plaintiffs,

v.

**OCWEN Loan Servicing, LLC,** *et al,*

    Defendants.

**Civ. No. 6:16-cv-02061-MC**

ORDER on MOTIONS

MCSHANE, Judge:

    Plaintiffs' Motion for Leave to File Amended Complaint (ECF No. 7) is **GRANTED**. Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 6) is **DENIED** as moot because it was based on the Plaintiff's original Complaint (ECF No. 1), which is no longer operable. Defendants are granted leave to file a revised motion to dismiss Plaintiffs' *Amended* Complaint (ECF No. 7-1) if they so choose. A telephonic Rule-16 Scheduling Conference is scheduled for 1:30PM on 5/22/2017 by Telephone before Judge Michael J. McShane to discuss setting new case management deadlines.

    IT IS SO ORDERED.

    DATED this 11th day of May, 2017.

                                    **/s/ Michael J. McShane**

1 – ORDER